# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LC WEST CHESTER, LLC** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 19-3656** |
| **v.** | : | |
| | : | |
| **PL REAL ESTATE, LLC** | : | |
| *Defendant* | : | |

## ORDER

  **AND NOW**, this 18th day of January 2022, upon consideration of the evidence presented during the bench trial in this matter held October 5–6, 2021, the parties' Proposed Findings of Fact and Conclusions of Law, [ECF 37, 38], Defendant's response thereto, [ECF 39], and the parties' trial briefs, [ECF 27, 28], it is hereby **ORDERED**, for the reasons set forth in the accompanying Memorandum Opinion, that **JUDGMENT** on all counts is entered in favor of Defendant PL Real Estate, LLC, and against Plaintiff LC West Chester, LLC.

  The Clerk of Court is directed to mark this matter **CLOSED**.

       **BY THE COURT:**


       /s/ *Nitza I. Quiñones Alejandro*
       **NITZA I. QUIÑONES ALEJANDRO**
       *Judge, United States District Court*